## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ADRIAN HUNTER,

     Petitioner,

v.                              CASE NO. 3:21cv534-MCR-EMT

STATE OF FLORIDA,

     Respondent.

_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on June 17, 2021.   ECF No. 5.   Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

3.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 27th day of July 2021.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**